**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Erwin M. Cruz and<br>Marlyn M. Cruz, | Case No.  11-19457 |
| Debtor(s). | Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

TO:  See attached Service List

On June 15, 2016, at 9:30 a.m., I shall appear before Bankruptcy Judge Jack B. Schmetterer, 219 South Dearborn Street, Courtroom 682, Chicago, Illinois 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion to Extend Time to Respond to Notice of Final Cure Payment filed by Ditech Financial LLC, at which time and place you may appear if you so see fit.

                                                HEAVNER, BEYERS & MIHLAR, LLC
                                                Attorneys at Law
                                                Heather M. Giannino (ARDC #6299848)
                                                Amanda J. Doyle (ARDC #6320552)
                                                111 East Main Street
                                                Post Office Box 740
                                                Decatur, Illinois 62525-0740
                                                (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

      I, Amanda J. Doyle, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtors' attorney via electronic notice on June 6, 2016, and as to the Debtors by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 6th day of June, 2016.

                                                  */s/ Amanda J. Doyle*
                                                    Amanda J. Doyle

-2-

## Service List

**Service By Mail:**

Erwin M. Cruz
5852 Betty Gloyd Drive
Hoffman Estates, IL 60192

Marlyn M. Cruz
5852 Betty Gloyd Drive
Hoffman Estates, IL 60192

**Service By Electronic Notification Through ECF:**

Robert M. Kaplan
Robert M. Kaplan, Attorney at Law
1535 West Schaumburg Road, Suite 204
Schaumburg, IL 60194

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:　　　　　　　　　　　　　　Chapter 13

　　Erwin M. Cruz and　　　　　　　　　　　　　Case No. 11-19457
　　Marlyn M. Cruz,
　　　　　　Debtor(s).　　　　　　　　　　　　　Honorable Jack B. Schmetterer

### MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT

NOW COMES Ditech Financial LLC, (hereinafter "Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On May 6, 2011, the Debtors filed Chapter 13 bankruptcy.
2. On May 16, 2016, the Trustee filed a Notice of Final Cure Payment, (hereinafter "Notice").
3. The deadline to respond to the Notice is June 6, 2016.
4. Movant requests an additional twenty-one (21) days to file its response to the Notice.

WHEREFORE Movant respectfully requests and prays that the Court enter an Order granting Movant through and including June 27, 2016, to respond to the Trustee's Notice of Final Cure Payment and prays for such additional relief as the Court deems appropriate.

　　　　　　　　　　　　　　　　　　　Ditech Financial LLC,

　　　　　　　　　　　　　　　　　　　By: _/s/ Amanda J. Doyle_
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
Amanda J. Doyle (ARDC #6320552)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719